NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

BRELVIS CONSULTING, LLC, D/B/A,              )
THE STUDENT LOAN HELP CENTER,                )
                                             )
        Petitioner,                          )
                                             )
v.                                           )          Case No.  2D17-4850
                                             )
OFFICE OF THE ATTORNEY                       )
GENERAL STATE OF FLORIDA,                    )
DEPARTMENT OF LEGAL AFFAIRS,                 )
                                             )
        Respondent.                          )
_____)

Opinion filed October 12, 2018.

Appeal from the Circuit Court for Pasco
County; Gregory G. Groger, Judge.

Jacqulyn Mack-Majka of Mack Law Firm
Chartered, Englewood (withdrew after
briefing), for Petitioner.

Pamela Jo Bondi, Attorney General,
Tallahassee; Sasha Funk Granai and E.
Carlton Carter, Assistant Attorneys
General; and Jennifer Hayes Pinder,
Senior Assistant Attorney General,
Tampa, for Respondent.

PER CURIAM.


        Denied.


LaROSE, C.J., and KHOUZAM and SLEET, JJ., Concur.